ERIC TROUTMAN - SBN 229263
Eric.troutman@wbd-us.com
ARTIN BETPERA (SBN 244477)
Artin.betpera@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| YOUSAF QALINLE,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 100 inclusive,<br><br>        Defendant. | CASE NO. 4:18-CV-02052<br><br>**ORDER ON STIPULATION TO ARBITRATE AND STAY PROCEEDINGS** |

Pursuant to the Stipulation to Arbitrate and Stay Proceedings by Plaintiff YOUSAF QALINLE and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The proceedings in the above-captioned matter are stayed pending arbitration of this matter;
2. The arbitration shall be conducted through the American Arbitration Association ("AAA"); and,

1
ORDER ON STIPULATION FOR ARBITRATION
CASE NO. 4:18-CV-02052

3. Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

**IT IS SO ORDERED.**

Dated: May 31, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. District Judge