Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Scott M. Johnson (Bar #287182)
sjohnson@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Yousaf Qalinle

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OLANDAK DIVISION

| | |
|---|---|
| YOUSAF QALINLE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br><br><br> Defendant. | Case No.: 4:18-cv-02052-HSG <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Yousaf Qalinle and defendant Wells Fargo Bank, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Wells Fargo Bank, N.A. within 21 days once the settlement is finalized.

Dated:   July 18, 2019

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1