Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Yousaf Qalinle

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| YOUSAF QALINLE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No.: 4:18-cv-02052-HSG <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Yousaf Qalinle and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to Fed. R. Civ. P. 41(a)(ii) that this action be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER - 1

DATED:  August 26, 2019          Gale, Angelo, Johnson, & Pruett, P.C.

                                 By:  ___/s/ Elliot W. Gale___
                                          Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Yousaf Qalinle


DATED:  August 26, 2019          Womble Bond Dickinson (US) LLP



                                 By:  ___/s/ Artin Betpera___
                                          Artin Betpera
                                 Attorneys for Defendant
                                 Wells Fargo Bank, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Artin Betpera has concurred in this filing.

*/s/ Elliot Gale*


# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____          _____
                                 HAYWOOD S. GILLIAM, JR.
                                 UNITED STATES DISTRICT JUDGE


STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER - 2