Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Yousaf Qalinle

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| YOUSAF QALINLE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No.: 4:18-cv-02052-HSG <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Yousaf Qalinle and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to Fed. R. Civ. P. 41(a)(ii) that this action be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: August 26, 2019     Gale, Angelo, Johnson, & Pruett, P.C.

By: _____/s/ Elliot W. Gale_____
Elliot W. Gale
Attorneys for Plaintiff
Yousaf Qalinle

DATED: August 26, 2019     Womble Bond Dickinson (US) LLP

By: _____/s/ Artin Betpera_____
Artin Betpera
Attorneys for Defendant
Wells Fargo Bank, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Artin Betpera has concurred in this filing.

*/s/ Elliot Gale*

## ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 8/27/2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER - 2